**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
SAUL EWING LLP
Turner N. Falk, Esquire
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Office: (215) 972-7777
turner.falk@saul.com

- and -

BINDER MALTER HARRIS & ROME-BANKS LLP
Julie Rome-Banks, Esquire (*pro hac vice* pending)
1625 The Alameda, Suite 101
San Jose, CA  95126
Office: (408) 295-1700
julie@bindermalter.com

*Counsel for DFDJ Sugar Bear, Inc.*

| | |
|---|---|
| In re:<br><br>UNITED SITE SERVICES, INC., *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-23630 (MBK)<br><br>Jointly Administered |

## APPLICATION FOR ADMISSION PRO HAC VICE

Turner N. Falk, Esq. ("**Movant**"), a member in good standing of the Bar of the State of New Jersey and an attorney admitted to practice before the United States District Court for the District of New Jersey, and an associate with Saul Ewing LLP, hereby moves the Court for an order permitting Julie Rome-Banks to practice *pro hac vice* before the United States Bankruptcy

---

[1] The last four digits of the tax identification number of United Site Services, Inc. are 3387. A complete list of the Debtors in these chapter 11 cases (the "Chapter 11 Cases"), with each one's tax identification number, principal office address and former names and trade names, is available on the website of the Debtors' noticing agent at www.veritaglobal.net/USS. The location of the principal place of business of United Site Services, Inc., and the Debtors' service address for these Chapter 11 Cases is 2487 W Navigator Drive, 3rd Floor, Meridian, ID 83642.

57592960.1

Court for the District of New Jersey to represent interested party DFDJ Sugar Bear, Inc. ("**Lessor**")

in the instant matter pursuant to Local Bankruptcy Rule 9010-1. In support of the relief requested

herein, Movant states as follows:

### JURISDICTION

This Court has jurisdiction to consider this application pursuant to 28 U.S.C. §§ 157 and

1334. Consideration of this application is a core proceeding pursuant to 28 U.S.C. §157(b). Venue

of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### RELIEF REQUESTED

By this application, the Movant requests entry of an Order admitting *pro hac vice,* Julie

Rome-Banks (the "**Applicant**"). The good standing of the Applicant is set forth in the Applicant's

certification which is submitted herewith (the "**Certification**").

Applicant is a partner with Binder Malter Harris & Rome-Banks LLP, and maintains

offices at 1625 The Alameda, Suite 101, San Jose, CA  95126.  As the Certification demonstrates,

Applicant is a member in good standing of the Bar of the highest court in which she is admitted.

It is anticipated that Applicant will be active in the representation of Lessor in this case.

Accordingly, the Movant respectfully requests that the Court grant the *pro hac vice* admission of

Julie Rome-Banks and that she be permitted to appear on Lessor's behalf in connection with this

case.

No previous application for the relief sought herein has been made to this or any other court

in connection with this proceeding.

57592960.1

## WAIVER OF MEMORANDUM OF LAW

Pursuant to Local Rule 9013-1, Movant respectfully requests that the Court waive the requirement that it file a memorandum of law in support of this Application. Movant respectfully submits that no memorandum of law is necessary because no novel issues of law are presented herein.

Respectfully submitted,

Dated:  April 1, 2026

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk, Esquire
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Office: (215) 972-7777
turner.falk@saul.com

- and -

BINDER MALTER HARRIS & ROME-BANKS LLP
Julie Rome-Banks, Esquire (*pro hac vice* pending)
1625 The Alameda, Suite 101
San Jose, CA  95126
Office: (408) 295-1700
julie@bindermalter.com

*Counsel for DFDJ Sugar Bear, Inc.*

57592960.1