**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
SAUL EWING LLP
Turner N. Falk, Esquire
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Office: (215) 972-7777
turner.falk@saul.com

- and -

BINDER MALTER HARRIS & ROME-BANKS LLP
Julie Rome-Banks, Esquire (*pro hac vice* pending)
1625 The Alameda, Suite 101
San Jose, CA 95126
Office: (408) 295-1700
julie@bindermalter.com

*Counsel for DFDJ Sugar Bear, Inc.*

---

In re:

UNITED SITE SERVICES, INC., *et al.,*[1]

Debtors.

Chapter 11

Case No. 25-23630 (MBK)

Jointly Administered

## CERTIFICATION IN SUPPORT OF APPLICATION
## FOR ADMISSION PRO HAC VICE

I, Julie Rome-Banks, hereby state as follows in support of the Application for Admission

Pro Hac Vice:

---

[1]   The last four digits of the tax identification number of United Site Services, Inc. are 3387. A complete list of the Debtors in these chapter 11 cases (the "Chapter 11 Cases"), with each one's tax identification number, principal office address and former names and trade names, is available on the website of the Debtors' noticing agent at www.veritaglobal.net/USS. The location of the principal place of business of United Site Services, Inc., and the Debtors' service address for these Chapter 11 Cases is 2487 W Navigator Drive, 3rd Floor, Meridian, ID 83642.

57592960.1

1.      I am a partner with partner with Binder Malter Harris & Rome-Banks LLP, and maintain offices at 1625 The Alameda, Suite 101, San Jose, CA  95126.  I will represent DFDJ Sugar Bear, Inc. in the instant matter solely as an attorney in good standing.

2.      I was admitted to practice law in the State of California in December of 1989.

3.      I am a member in good standing of the Bar in every jurisdiction in which I am admitted to practice.

4.      There are no disciplinary proceedings pending against me.

5.      Discipline has never been imposed against me.

6.      I have familiarized myself with the applicable Rules of Professional Conduct and agree to be bound by these Rules upon my admission.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


DATE:  March 30, 2026                              /s/ *Julie Rome-Banks*
                                                   Julie Rome-Banks

57592960.1