**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
SAUL EWING LLP
Turner N. Falk, Esquire
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Office: (215) 972-7777
turner.falk@saul.com

- and -

BINDER MALTER HARRIS & ROME-BANKS LLP
Julie Rome-Banks, Esquire (*pro hac vice* pending)
1625 The Alameda, Suite 101
San Jose, CA  95126
Office: (408) 295-1700
julie@bindermalter.com

*Counsel for DFDJ Sugar Bear, Inc.*

In re:

UNITED SITE SERVICES, INC., *et al.,*

Debtors.

Chapter 11

Case No. 25-23630 (MBK)

Jointly Administered

## CERTIFICATION OF SERVICE

I hereby certify that on April 1, 2026, I did cause the foregoing *Application for Admission Pro Hac Vice* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

Dated:  April 1, 2026

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk, Esquire
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Office: (215) 972-7777
turner.falk@saul.com

57592960.1