# **Exhibit B**

## AMENDMENT TO LEASE

THIS AMENDMENT TO LEASE ("AMENDMENT") IS MADE ON THIS 8TH DAY OF DECEEMBER 2014, BY AND BETWEEN DFDJ SUGAR BEAR, INC, A CALIFORNIA CORPORATION, THE SUCCESSOR TO ACME & SONS SANITATION, INC A CALIFORNIA CORPORATION (C0913500), HEREIN DESIGNATED AS "LESSOR" AND UNITED SITE SERVICES OF CALIFORNIA, INC, A CALIFORNIA CORPORATION HEREIN DESIGNATED AS "LESSEE" WITH REGARDS TO THE FOLLOWING FACTS:

Recitals:

A.  Lessor entered into a lease dated as of August 12, 2005 with Lessee, where under Lessee leased building and yard space ("Property") at 3408 and 3200 Hillcap Avenue, San Jose, California.  Such lease, is hereinafter referred to as the "Lease."

B.  Lessor and Lessee now desire to amend the Lease to, among other things, extend the term of the Lease and to have certain work performed on the Property as provided in this Amendment

NOW, THEREFORE, in consideration of the mutual covenants and conditions set forth herein, and for other good and valuable consideration, the receipt and adequacy of, which are hereby acknowledged Lessor and Lessee hereby, agree as follows:

1)  Scope of this Amendment:
Except as expressly set forth in this Amendment, the Lease shall remain in full force and effect, and the Lease, as amended hereby, is hereby ratified and confirmed in all respects.

2)  Effective Date:
The effective date of this Amendment shall be the date that the Lessee provides notice tht this Amendment to Lease has been approved by the Lessee's Board of Directors which notice may be in the form of an email from Lessee to Lessor..

3)  Modification to the Lease:
The Lease is hereby modified as follows:

a)  TERM.  The end of the Lease term as set in Paragraph 3 and 4; shall be extended for a period of ten (10) years, commencing Augusts 1, 2015 and terminating on July 31, 2025.

b)  MONTHLY BASE RENT.  The Monthly Base Rent for the above stated period of time shall begin at $ 38,940 per month with the same adjustments as agreed to in Paragraph 4 (b), three (3) percent annual commencing on August 1st 2016 and every twelve (12) month anniversary thereafter. .

c)  SECURITY DEPOST The Security Deposit as forth in Paragraph 5 shall be increased to $38,940.

4)      Lessee shall accept the Property in As-Is, Where-is condition.

5)      <u>Work Letter</u>;  The Lessee shall both complete pay for the cost of maintenance work to the Property as outlined and listed in the attached work letter ("Exhibit A"), the terms and conditions of which are hereby incorporated herein and made part hereof. The conditions as stated in the Exhibit A are to be completed by the Lessee and approved by the Lessor and all work related to the Property paid for by Lessee and all liens from that work placed on the Property removed before August 1st 2015. Any failure by Lessee to explicitly comply with the provisions of Exhibit A by August 1st 2015 shall automatically grant Lessor the option to complete any necessary repairs or maintenance as described in Exhibit A. If Lessor exercises this option, Lessee shall reimburse Lessor for all costs incurred, upon demand and an accounting by Lessor.

6).     This Amendment is non-binding until such time as it is mutually executed by Lessor and Lessee <u>and</u> approved by Lessee's Board of Directors.

7).     **Remaining Terms and Conditions**.  All terms and conditions not expressly and specifically amended hereby shall remain in full force and effect as if this Amendment had not occurred.

8)      **Counterparts**.  This Amendment may be executed in one or more counterparts each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

If there is any conflict between the original lease document and this Amendment, the Amendment shall prevail.

In witness whereof, Lessor and Lessee have executed this Amendment as of the day and year written below.

**LESSOR:**                                            **LESSEE:**

DFDJ Sugar Bear, Inc.                                  United Site Services of California, Inc.
a California corporation                               a California corporation

By: _____                         By: _____
Dan Youngblood Sr.                                     Ed Simoneau
Title  *Vice President*                                Title:   Chief Financial Officer

Date: *3-12-15*                                        Date: _____

By: _____                          By: *Ed Simoneau*
    *Frank Youngblood*

Title: *President*                                     Title: *Chief Financial Officer*

Date: *3-12-15*                                        Date: *12-29-14*

*Jim Youngblood*
*Exec. Vice President*

## EXHIBIT A

## WORK LETER

Lessee's Scope of Work;
The following repairs and deferred maintenance will be done to the Property prior to the commencement of the Lease Extension, at Lessee's sole cost and expense, the following by the indicated deadlines:

By February 1st 2015

> Walk-through by representative from United Site Services, Tennessee Harris and a member of the Youngblood family to address the present condition and subsequent inspection of work upon work completion.

By August 1st 2015

1. Remove and Replace damaged areas of the parking lot, Seal Coat and Re stripe the parking lot.
2. Repair, replace and renew the perimeter fencing. Specifically on the East side of the Property where vehicles and equipment have damaged the fencing material and posts.
3. Documentation to be given to Landlord for ongoing service of the back-up generator.
4. Return of Chair Assist for the stairs.
5. Return video cameras removed from the Building.

By August 1st, 2018

> Remove and Replace damaged areas of the parking lot, Seal Coat and Re stripe the parking lot.

By August 1st, 2021

> Remove and Replace damaged areas of the parking lot, Seal Coat and Re stripe the parking lot.

By August 1st, 2024

> Remove and Replace damaged areas of the parking lot, Seal Coat and Re stripe the parking lot.

Without limiting the foregoing, in the event Lessee (a) fails to perform any repairs obligation of Lessor under this Work Letter, or (b) fails to timely reimburse Lessor for amounts required to be paid by Lessee, as set forth in the first sentence of this paragraph, without limiting any other remedies available to Lessor, under the Lease, at law or in equity, Lessor shall be entitled to (x) perform such repairs or improvements itself, and (y) deduct the cost of such performance and any unpaid amounts owed to Lessor hereunder from any rental (including, without limitation, security deposits and or additional rent) obligation of Lessee under the Lease.

**Lessor:  DFDJ Sugar Bear, Inc.**
a California Corporation

By: _____
        Frank Youngblood

Its:  President

By: _____
        Dan Youngblood

Vice President

_____ Jim Youngblood

Exc. Vice President

**Lessee:  United Sites Services of California, Inc.**
a California Corporation

By: _____

Its:  Chief Financial Officer