# **Exhibit C**

SECOND AMENDMENT TO LEASE AGREEMENT

THIS SECOND AMENDMENT TO LEASE AGREEMENT (this "Amendment), dated for reference purposes as of the last date on which this Amendment is executed by all of the parties hereto (the "Reference Date"), to be effective as of August 1, 2025 (the "Effective Date"), is entered into by and between United Site Services of California, Inc ("Lessee") and DFDJ Sugar Bear, Inc. ("Lessor"), with reference to the following facts:

RECITALS

WHEREAS, Lessee and Lessor entered into that certain Lease Agreement, dated as of August 12, 2005 and Amendment to Lease dated as of December 14, 2014 (the "Lease Agreement"), pursuant to which Lessor leased to Lessee that certain property located at 3408 and 3200 Hillcap Avenue, San Jose, CA, as more particularly described in the Lease Agreement (the "Premises"); and

WHEREAS, the term of the Lease Agreement expires on July 31, 2025 and Lessee and Lessor now desire to extend the term of the Lease Agreement for one (1) year commencing on August 1, 2025, and expiring on July 31, 2026, upon the terms and subject to the conditions of the Lease Agreement.

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, including the mutual covenants herein contained, the parties agree as follows:

1.      Notwithstanding anything contained in the Lease Agreement to the contrary, the term of the Lease Agreement shall be extended for one (1) year from August 1, 2025 through July 31, 2026.

2.      Notwithstanding anything contained in the Lease Agreement to the contrary, Base Rent as of the Effective Date shall be $53,348.26 per month.

3.      Lessor further agrees that Lessee shall have an option to extend the term of the Lease Agreement for one (1) year. Written notice of the option to extend must be received by Lessor not less than ninety (90) days prior to the expiration of the current term.

4.      Base Rent during the option period shall be subject to Fair Market Value. Base Rent shall be at 95% of the "fair market rental value" on the first day of the option period, provided, however, that the Fair Market Rental Value will not exceed 30% of the Base Rent in effect during the current term.  Within thirty (30) days after Lessor's receipt of Lessee's option to extend, Lessor shall provide Lessee Lessor's opinion of the fair market rental value of the Premises during the option period.  Thereafter, Lessor and Lessee shall attempt to agree in writing on such fair market rental value. If Lessor and Lessee do not agree on the fair market rental value of the Premises by the date that is thirty (30) days after Lessee receives Lessor's opinion of the fair market rental value, then Lessor and Lessee shall each select a licensed real estate broker ("Brokers") with a

minimum of ten (10) years of commercial leasing experience in the jurisdiction where the Premises is located, to determine the fair market rental value of the Premises. If the Brokers are unable to agree as to the fair market rental value by the earlier to occur of thirty (30) days after their appointment and the date that is seventy-five (75) days prior to the Expiration Date, then such fair market rental value shall be determined by a third licensed real estate broker ("Arbitrator") who has no less than the minimum qualifications as the Brokers, selected by the mutual agreement of the parties. Each Broker shall submit to the Arbitrator his or her determination of the fair market rental value of the Premises, and the support therefor, and the Arbitrator shall decide which Broker has most accurately determined the fair market rental value, which shall be final and binding on both Lessor and Lessee. Lessor and Lessee shall each pay their own Broker's fees and costs and shall each pay one-half (½) of the Arbitrator's fees and costs.

5.    Except as herein expressly amended, the covenants, terms and provisions of the Lease Agreement, and any amendments, addendums or extensions shall be and remain in full force and effect.

This Amendment may be executed in counterparts each of which, when taken together, shall be deemed to be an original document.  This Amendment may also be executed and transmitted via facsimile or other electronic signature, and any faxed or electronically transmitted signatures shall be deemed original signatures.

IN WITNESS WHEREOF, the parties have executed this Amendment to be effective as the date first written above.

LESSOR:

DFDJ SUGAR BEAR, INC.

Date: 4/23/2025

Signed by:

By: _____ E610D155D85040E
Its:

LESSEE:

UNITED SITE SERVICES OF CALIFORNIA, INC

Date: 4/22/2025

By:  John Hafferty
Its:  CFO