# **Exhibit D**

United Site Services                                      Inspection 12-1-22

3408 Hillcap Ave San Jose

Repairs

  Yard -

1.  All Black top repaired & sealed
2.  Trim landscape bushes – oleanders
3.  Repair sinking hole AC by front gate
4.  Soils test – fire area

  Office -

1.  Ceiling tiles need to be replaced – water damage
2.  Replace all burned out lights
3.  Light covers – multiple
4.  Are all workstations able to connect to servers?
5.  New refrigerator - upstairs office

  Shop –

1.  Bad Switch for fans
2.  Compressor service log – needs current service
3.  Mezzanine along office wall is overloaded
4.  Roof leaking – at least the last 2 years
5.  Overhang outside – metal roof bent R & R