# **Exhibit E**

## LUXURIANT
REALTY

Tim Proschold <tim@luxuriantrealty.com>

---

# FW: Roof Repairs March 2023
1 message

---

**Laurie** <youngblood5@mindspring.com>                                    Wed, Mar 25, 2026 at 8:01 AM
To: Tim Proschold <tim@luxuriantrealty.com>

Here are 2 more emails I found.  This is 1 of 2

Laurie

> -----Forwarded Message-----
> From: Laurie <youngblood5@mindspring.com>
> Sent: Jun 30, 2023 12:07 PM
> To: Christine L Wightman <Christine.Wightman@unitedsiteservices.com>
> Subject: FW: Roof Repairs March 2023
>
>
> Hi Christine,
>
> In regards to the roof repairs, I have paid the contractor since I have not heard from anyone regarding this.
>
> Please send a check to DFDJ Sugar Bear to cover the cost.
>
> Let me know if you have any questions.
>
> Laurie Youngblood
>
>
>> -----Forwarded Message-----
>> From: youngblood5 <youngblood5@mindspring.com>
>> Sent: Jun 30, 2023 7:47 AM
>> To: <youngblood5@mindspring.com>
>> Subject: FW: Roof Repairs March 2023
>>
>>
>> Sent from my Verizon, Samsung Galaxy smartphone
>>
>>
>> -------- Original message --------
>> From: Dano <diehard55@mindspring.com>
>> Date: 6/15/23 10:09 AM (GMT-08:00)
>> To: youngblood5@mindspring.com
>> Subject: FW: Roof Repairs March 2023
>>
>>
>>> -----Forwarded Message-----
>>> From: Christine L Wightman <Christine.Wightman@unitedsiteservices.com>
>>> Sent: Jun 12, 2023 10:56 AM
>>> To: Accounts Payable <accountspayable@unitedsiteservices.com>

Cc: Dano <diehard55@mindspring.com>
Subject: FW: Roof Repairs March 2023

AP,

The attached Invoice was submitted in March, can you provide a status update?

Thanks

Christine Wightman

Real Estate Coordinator



118 Flanders Road

Westborough, MA 01581

Christine.Wightman@unitedsiteservices.com

Cell 508.948.5840

*Stay Safe and Stay Clean with hand hygiene
stations and sanitized restrooms from USS.*

**From:** Dano <diehard55@mindspring.com>
**Sent:** Monday, June 12, 2023 1:51 PM
**To:** Christine L Wightman <Christine.Wightman@unitedsiteservices.com>
**Subject:** Roof Repairs March 2023

Please pay the attached invoice for the roof repairs done March 15, 2023.

Let me know if you have any questions.

Thanks,
Dan


**Roof Repair bill - USS 5-2023.pdf**
169K