# **Exhibit F**



# Fast Track Steel Inc.

7392 Crews Road  Gilroy Ca 95020

408-665-2947

vito.fasttracksteel@gmail.com

**INVOICE**

INV0378

**DATE**

10/23/2023

**DUE**

On Receipt

**BALANCE DUE**

USD $91,256.00

**BILL TO**

## DFDJ Sugar Bear Inc.

Dan Youngblood Sr

3408 Hillcap Ave

San Jose Ca 95136

☐ 4086912263

diehard55@mindspring.com

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| Remove and replace roof to include the following. <br> 1. Demo old roof with haul off. <br> 2. Provide and install 26 guage pbr panel system. Colored stone/sand stone. <br> 3. Provide all hardware, screws as needed. <br> 4. Provide and install trim gable. <br> 5. Provide and install ridge vent. <br> 6. Provide forklift and man lifts as needed. <br> 7. 18,700 square ft plus or minus with lap. <br> Gutters not included, TBD. | $4.88 | 18,700 | $91,256.00 |

## Payment Info

BY CHECK

Fast Track Steel Inc.

| | | |
|---|---|---|
| TOTAL | | $91,256.00 |
| BALANCE DUE | | USD $91,256.00 |

\*Price subject to change upon approval from city.

\*Price good for 5 days material. Labor price good for 30 days

\*Any cost increase over 5% in material to be past through cost to owner.

\*Permit fees or anything not list above would be extra cost.

\*Engineering not included maybe provided at request as additional service provided.

Credit accepted plus fee 3.5%

*Pd #1916*

*10-30-23*

Thanks for your business!