# **Exhibit G**



# Fast Track Steel Inc.

7392 Crews Road  Gilroy Ca 95020

408-665-2947

vito.fasttracksteel@gmail.com

| | |
|---|---|
| **INVOICE** | INV0377 |
| **DATE** | 10/23/2023 |
| **DUE** | On Receipt |
| **BALANCE DUE** | USD $4,550.00 |

**BILL TO**

**DFDJ Sugar Bear Inc.**

Dan Youngblood Sr
3408 Hillcap Ave
San Jose Ca 95136
▢ 4086912263
diehard55@mindspring.com

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| Roll up door frame retrofit to include the following.<br>1. Engineering.<br>2. Provide steel and hardware.<br>3. Fabricate and install<br>4. To be channel frame headers and posts<br>5. Epoxy  anchored posts/thur bolted header.<br>6. Field welding.<br>7. Forklift (on site for roof)<br>8. Man lift (on site for roof)<br>9. Prime painted | $4,550.00 | 1 | $4,550.00 |

## Payment Info

**BY CHECK**
Fast Track Steel Inc.

Credit accepted plus fee 3.5%

| | |
|---|---|
| TOTAL | $4,550.00 |
| **BALANCE DUE** | **USD $4,550.00** |

Pd # 1917
11-6-23

Thanks for your business!