# **Exhibit H**

# K&M Asphalt MAINTENANCE SPECIALISTS, INC.

CA Lic#775411

14897 Los Gatos Almaden Road
Los Gatos, CA 95032

**Proposal / Contract**

**Date:** 1/28/26
**Job:** # 26-12018
**Rep:** Bill Baker

*We Specialize in all your Asphalt Maintenance Needs!*

| | |
|---|---|
| **Submitted to:** Luxuriant Realty          **Phone:** ( 650 ) 610-7793 <br> **Address:** 885 Oak Grove Avenue #302 Menlo Park, CA 94025 <br> **Contact:** Tim Proschold          **Email:** Tim@LuxuriantRealty.com | **Project:** Commercial <br> **Location:** 3408 Hillcap Avenue <br> San Jose |

| Approx. Sq Ft | We hereby propose to furnish all the materials and perform all the necessary labor for the completion of the detailed work below: | |
|---|---|---|
| 636 | ***Asphalt Repair*** <br> Grind and excavate designated areas ( 3 areas ) to a depth of 6" inches and haul away. Re-grade and re-compacting existing base. Adjust or replace services boxes as needed. Tack vertical edges with SS-1H oil. Furnish and install new hot asphalt at a depth of 6" inches in two lifts using ½" medium asphalt mix. Roll to proper compaction. | |
| 5,849 | Grind and excavate designated areas ( 17 areas ) to a depth of 4" inches and haul away. Re-grade and re-compacting existing base. Tack vertical edges with SS-1H oil. Furnish and install new hot asphalt at a depth of 4" inches in two lifts using ½" medium asphalt mix. Roll to proper compaction. | 55,100.00 |
| 110,402 | ***Asphalt Seal Coat*** <br> Thoroughly clean designated asphalt area using power brooms and blowers. Apply hot rubberized crack filler to all cracks in excess of ¼" inch in width. Apply two heavy coats of #327 Western Colloid Parktop Pavement sealer per manufacturers specifications with the addition of sand and latex in the first coat only. <br><br> *Note:* To be done in 3 weekday moves. <br><br> *Note:* Ambient temperatures must be 70º and rising for seal coat to dry properly, due to this seal coat may need to be applied in spring/summer. <br><br> Re-stripe to the existing layout. <br><br> *Note:* To be done on 3 weekday moves. | 42,516.00 <br><br><br><br> 7,500.00 |

*Note:* Due to the daily rise of the cost of oil, we can no longer guarantee our prices. Due to this, we can NOT guarantee this price. Contract may need to be revised before the start of the project to reflect those increases.

*Exclusions:* Engineering, surveying, compaction testing, permits, fees, bonds, clean dirt certification, towing vehicles, notification to tenants, repair to unknown underground lines, traffic control, SWPP's or any work not mentioned above.

*Note:* K & M Asphalt will not warranty against standing water if existing or design slopes are not greater than 1.5% for water run off.

*Note:* If the sub base is unsuitable for proper compaction, a change order will be negotiated to stabilize the areas.

Page 2 of 2

| Total: | $ 105,116.00 |
| --- | --- |

Thank you, we appreciate you considering us for your project.

Should it become necessary for K & M Asphalt, Inc. to take any action to enforce its rights under the "proposal / contract", it shall be entitled to reasonable attorneys fees together with, and costs and expenses to resolve the dispute and to enforce the final judgment.

**"NOTICE TO OWNER" (Section 7019-Contractors License Law)** 1. Payment to be made as follows: Upon completion of each phase. 2. Any alteration or deviation from above specifications involving extra costs will become an extra charge over and above original estimate. Under the mechanics lien law any contractor, subcontractor, laborer, motorman, or other person who helps to improve your property and is not paid for his labor, services or material has the right to enforce his claim against your property under the law, you may protect yourself against such claims by filing before completing such work or original contract for the work of improvement or modification thereof, in the office of the county recorder of the county where the property is situated and require that a contractors payment bond be recorded in such office. Paid bond shall be in the amount not less than fifty percent (50%) of the price and shall in addition to any conditions for the performance of the contract, be conditioned for the payment in full of the claim of all persons furnishing labor, services or materials for the work described in said contract. The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to perform the work specified. Payment will be made as outlined above. Our California contractors license # 775411.

Contractors are required by law to be licensed and regulated by the contractor state license board, which has jurisdiction to investigate complaints against contractors if a complaint regarding a parent act or omission is filed within four (4) years of the date of the alleged violation. A complaint regarding a latent act or omission pertaining to structural defects must be filed within ten (10) years of the date of the alleged violation. Any questions concerning a contractor may be referred to the registrar of the board whose address is: Contractors State License Board 9821 Business Park Drive Sacramento, CA 95827

Accepted by please print: _____   Signature: _____   Signature: *Miranda Cruz*

