# **Exhibit I**

**abcsteelfence@gmail.com**  -  **#408-396-0527** -  **LIC. #1062742**  -  **PROPOSALS ONLY VALID FOR 21-DAYS**

PROPOSAL and CONTRACT          DATE: 5/13/2024

TO: LUXURIANT REALTY                              JOB LOCATION:

| | |
|---|---|
| STREET: 885 OAK GROVE AVE, #301B | 3408 HILLCAPAVE – SAN JOSE |
| CITY: MENLO PARK | CONTACT: TIM #650-200-5943 |
| STATE: CA 94025 | EMAIL: TIM@LUXURIANTREALTY.COM |
| | XST: HILLSDALE AVE |

ABC STEEL FENCE WILL FURNISH LABOR AND MATERIALS TO COMPLETE THE FOLLOWING:

**#1.MOST OF THE YARD.)** REPAIR; REPLACE 655' OF 8'H 9GA GALVANIZED CHAIN LINK WIRE with BROWN PLASTIC SLATS, 180' OF 18" RAZOR RIBBON, 71' OF 6'H 9GA GALVANIZED CHAIN LINK WIRE with RED PLASTIC SLATS, AND 7- 2 3/8" DIAMETER FENCE POSTS. STRAIGHTEN APPROX. 18- FENCE LINE POSTS BEST AS POSSIBLE. SET NEW POSTS IN 8"Wx36"D HOLES, BACKFILLED TO GRADE LEVEL with HANDMIXED CONCRETE. ATTACH CHAIN LINK WIRE TO POSTS AND RAILS with 11GA GALVANIZED STEEL HOOK TIES AT 18" MAX O.C. ADJUST 2- DOUBLE DRIVE GATES BEST AS POSSIBLE. CLEAN AND HAUL AWAY DEBRIS GENERATED BY WORK ACTIVITIES.

**$22,450.00**

**#2. REPAIR SHARED FENCE RUNNING NORTH-EAST.)** REMOVE AND HAUL AWAY 258' OF DAMAGED GALVANIZED CHAIN LINK FENCE(S). INSTALL 258' OF 8'H 9GA GALVANIZED CHAIN LINK FENCE with BROWN PLASTIC SLATS. 2 7/8" DIAMETER TERMINAL POSTS, 2 3/8" DIAMETER LINE POSTS. SET POSTS AT 10' MAX O.C. IN 8"Wx36"D HOLES, BACKFILLED TO GRADE LEVEL with HANDMIXED CONCRETE. 1 5/8" DIAMETER TOP RAIL, 7 GA BOTTOM TENSION WIRE. ATTACH CHAIN LINK WIRE TO POSTS AND RAILS with 11GA GALVANIZED STEEL HOOK TIES AT 18" MAX O.C. CLEAN AND HAUL REMAINING DEBRIS GENERATED BY WORK ACTIVITIES.

**$16,770.00**

**(ABC STEEL FENCE WILL CALL 811 BEFORE WE DIG IF NEEDED, BUT WILL NOT BE HELD RESPONSIBLE FOR PERMITS and/or ANY DAMAGED UNDERGROUND LINES INCLUDING IRRIGATION PIPES.)**

ALL OF THE ABOVE WORK TO BE COMPLETED IN ACCORDANCE WITH THE ABOVE SPECIFICATIONS, FOR THE SUM OF **$** DOLLARS WITH PAYMENTS TO BE MADE AS FOLLOWS:

**100% NET 15DAYS UPON FENCE WORK COMPLETION**



**ACCEPTANCE OF CONTRACT**

THE ABOVE SPECIFICATIONS, CONDITIONS AND PRICE(S) ARE SATISFACTORY AND ACCEPTED. YOU ARE HEREBY AUTHORIZED TO FURNISH ALL MATERIALS AND LABOR REQUIRED TO COMPLETE THE WORKED MENTIONED IN THE ABOVE PROPOSAL, FOR WHICH YOU AGREE TO THE TERMS THEREOF. ANY ALTERATION OR DEVIATION FROM THE ABOVE SPECIFICATIONS INVOLVING EXTRA COST OF MATERIAL OR LABOR WILL ONLY BE EXECUTED UPON WRITTEN AGREEMENT ORDERS FOR SAME, AND WILL

**PRINT NAME:** _____          DATE: _____

**SIGNATURE:** _____



BECOME AN EXTRA CHARGE OVER THE SUM MENTIONED IN THIS CONTRACT. ALL MATERIALS WILL REMAIN PROPERTY OF ABC STEEL FENCE UNTIL ALL INVOICES PERTAINING TO THIS JOB ARE PAID IN FULL. RESTOCKING FEE MAY BE APPLIED IF JOB IS CANCELED. ACCOUNTS NOT PAID WITHIN TERMS ARE SUBJECT TO A 5% MONTHLY COMPOUND INTEREST FEE.

**PRINT NAME:** _____ DATE: _____

**SIGNATURE:** _____