# **Exhibit J**



Tim Proschold <tim@luxuriantrealty.com>

---

## 3408 Hillcap Avenue Tree Estimate

---

**Jonathan Gil** <info@majestictreeservice.com>                    Wed, May 29, 2024 at 9:51 AM
To: Tim Proschold <tim@luxuriantrealty.com>

Hi Tim, I just dropped by again took another look. I was able to see through the gate this time and I would say to do all the eucalyptus starting from the entrance all the way back to the dump station area on the right back corner of the lot would be roughly 75k. That's for the whole tree trim not just your side. Hauling and disposal of all debris is included.  Let me know if you have any questions and feel free to give me a call. 669-216-9118. Thanks.


Jonathan Gil
ISA Certified Arborist
(669)216-9118
Info@majestictreeservice.com


Majestic Tree Service
A Diamond Certified Company
Licensed,insured,workers comp.
CA Lic. #970739
171 Branham Lane Suite 10 #209
San Jose, CA 95136

[Quoted text hidden]