# **Exhibit K**

## 3408 Hillcap Avenue – Property Inspection Report

**Inspection Complete By: Timothy Proschold**

**Other Parties Present: Veronica (in Office), and Site Manager (Did not get name)**

**Inspection Date: March 19, 2026 @ 9:00 AM**

**Weather: Sunny, Clear**

### Introduction

This report documents the findings of a property inspection conducted at 3408 Hillcap Avenue on March 19, 2026. The inspection was conducted to assess the site's current condition, with particular attention to items the tenant identified for repair or maintenance as required under the lease agreement.



The inspection revealed several ongoing issues that remain unresolved since previous site visits in March 2024 and September 2025. Key areas of concern include significant deterioration of paving and concrete surfaces due to heavy equipment use, chemical exposure (particularly hydrochloric acid), inadequate containment of operational activities, and multiple fire safety and electrical hazards. Additional concerns were noted regarding tree maintenance, perimeter fencing, building drainage, and interior building conditions.

Many of the deficiencies appear to stem from prolonged heavy industrial use without adequate preventive maintenance or proper containment practices. These issues not only affect the property's overall condition and appearance but also pose potential safety risks, environmental concerns, and possible violations of lease obligations.

The following sections detail the specific observations and recommended actions for each category of concern. The tenant is expected to address these items promptly to bring the property into compliance with the terms of the lease agreement.

<u>Items identified for Repair by Tenant</u>

1) Paving Repairs:

   a) The tenant has not completed paving repairs at the property as required by the lease agreement. They have sealed portions of the pavement in some drive lanes at the back of the property (which appear to be at least 8-10 years old), but essentially seal-coated around their equipment leaving the pavement and oil screened aggregate unrepaired. The paving below the stored equipment at the back portion of the lot has not been done for about 15-20 years, as evidenced by its deteriorated condition and tendency to turn to mud during rain. This paving is clearly deteriorated under equipment in multiple locations, some of which may allow leaching of portable toilet liquid into the ground.

   The owner is also aware of multiple fires on the property that have damaged paving, which should be pulled up, soil tested, and replaced. Any cracked paving should be repaired and replaced as necessary, and the entire paved area should be sealed and re-striped. There don't appear to be any changes to the onsite paving since my last inspections in March 2024 and September 2025.

 














b) The driveway entry area where the sewer pipe exits the property is still damaged. This paving needs to be repaired before it can be repaved. THe landscape lighting is also heaving damaged along the driveway.

 

 



c)  Adjacent to the portable toilet cleaning pad, the paving is severely
deteriorated due to the use of HCL for cleaning. Toilets are being washed
outside of the containment area, and the drainage has damaged the asphalt. It
is also directing untreated acidic water into the storm drain system.

 






d) The site for the power pole repair area and the area near the back of the property where the fire occurred in 2020 have completely deteriorated to soil. Some asphalt is collecting in drainage channels, and the drainage paths are impeded by stored materials.






e) The truck tank cleaning area and paper products storage area at the back right of the property has significant asphalt damage and lacks proper containment.

In the areas in front of the service area and at the back right corner, the drive areas appear to be soil only and are being significantly eroded by heavy truck traffic and use. Tenant needs to ensure compliance with SPCC plan in place for the site.











2) Concrete & Wash Pad Repairs:

   a) The slab adjacent to the building has been significantly cracked, ponding
      water in multiple locations, and has multiple sections that need to be replaced.
      It appears that the tenant has replaced 2 sections of concrete since hte last
      visit, but there are still sections that are damaged significantly.



b) The concrete wash pad has been significantly deteriorated from the use of
   HCL across the entire wash pad, instead of isolating use to a single area. This

has exposed aggregate in the concrete.

 



c) The three-stage separator has no records of being pumped or cleaned out to prevent blockage of the main sewer pipe to the city sewer. Tenant to verify that this work has been completed.

3) Fire Safety Issues:

    a) The fire lane on the south side of the property is still blocked by equipment, vehicles, and toilets surrounding the fire hydrant near the power pole, making the fire lane and hydrant inaccessible.





b) There is limited access to the reduced-pressure backflow prevention device
and FDC.



4) Tree Maintenance & Fence Repairs

    a) The eucalyptus trees around the property shared with Granite Rock must be trimmed. They are a safety hazard, and they can snap, damaging property and endangering life. The limbs are also a fire hazard as they are highly combustible material. The tenant may be able to work with Granite to share these costs. The property owner did this before the sale to USS. There is also significant fence damage around the property's perimeter, caused by overgrown trees and mostly by vehicles hitting the fence.





b) The tree near the wash station is resting on the tarp roof and damaging the roofing material. This tree needs to be trimmed.



5) Exterior Building:

    a) The gutters are damaged, and the tenant has not maintained the drainage around the property's perimeter. This has led to some settlement of the building around the perimeter of the property.



    b) The Air Conditioning Compressor Units appear to be very old and near the end of their useful life.



    c) The generator's tire is flat, the containment unit appears to have been full of water, and it appears to have not been maintained. Also, there is equipment in

front of the switchgear cabinet impeding access to the main electrical shutoff for the building.

 

6) Site Electrical

a) Multiple subpanels have been installed at the site and strung together with temporary cables attached to the existing subpanel installed at the wash area. This situation has not changed, and appears to be permanent electrical lines that are installed in a temporary fashion.

b) A new service line was installed at the electrical panel storage area with a meter connected to a wire dangling from a pole on the other side of the property line. This appears to be a safety hazard and has not changed since the last site visit.

c) It appears some new temp lighting poles were added off the back subpanel since the last site visit to illuminate the fencing area.



7) Building Interior: Shop Area

    a) One of the main exhaust fans on the West side of the property still does not operate. This may be a switch issue and needs to be repaired or replaced.

    b) There is increasing cracking in the slab area and more oil staining on the floors throughout the building.



c) Oil and other hazardous chemicals are stored in multiple locations inside the building. It appears containment is inadequate, and bollards are not installed where tanks are susceptible to vehicle collisions. Tenant needs to ensure compliance with the SPCC plan in place for the property.

 



8) Building Interior Office Area

a) The interior condition of the building has not changed since the last site inspection, and it appears that only the front offices, the restrooms, and some of the larger offices on the left side of the property are being used. The building appears to have very little use overall.

b) There have been no repairs made to the stained interior ceiling tiles or to the bathrooms at the time of inspection, and these are damaged beyond ordinary wear and use.