**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

SAUL EWING LLP
Turner N. Falk, Esquire
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Office: (215) 972-7777
turner.falk@saul.com

- and -

BINDER MALTER HARRIS & ROME-BANKS LLP
Julie Rome-Banks, Esquire (*pro hac vice* forthcoming)
1625 The Alameda, Suite 101
San Jose, CA  95126
Office: (408) 295-1700
julie@bindermalter.com

*Counsel for DFDJ Sugar Bear, Inc.*

In re:

UNITED SITE SERVICES, INC., *et al.,*[4]

Debtors.

Chapter 11

Case No. 25-23630 (MBK)

Jointly Administered

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2026, I did cause the foregoing *Objection to Cure Amount by Creditor and Lessor DFDJ Sugar Bear, Inc.* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

---

[4]   The last four digits of the tax identification number of United Site Services, Inc. are 3387. A complete list of the Debtors in these chapter 11 cases (the "Chapter 11 Cases"), with each one's tax identification number, principal office address and former names and trade names, is available on the website of the Debtors' noticing agent at www.veritaglobal.net/USS. The location of the principal place of business of United Site Services, Inc., and the Debtors' service address for these Chapter 11 Cases is 2487 W Navigator Drive, 3rd Floor, Meridian, ID 83642.

57592367.3 04/01/2026

**SAUL EWING LLP**

/s/ Turner N. Falk
Turner N. Falk, Esquire
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Office: (215) 972-7777
turner.falk@saul.com

2