**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re* | Case No. 25-23630 (MBK) |
| UNITED SITE SERVICES, INC. *et al.*,[1] | Chapter 11 |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Reorganized Debtors in the above-captioned case.

On March 27, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Declaration in Support of Employment of Pillsbury Winthrop Shaw Pittman LLP as Professional Utilized in the Ordinary Course of Business** [Docket No. 419]

Dated: April 3, 2026

*/s/ Esmeralda Aguayo*
Esmeralda Aguayo
Verita
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel 310.823.9000

---

[1]    The last four digits of the tax identification number of United Site Services, Inc. are 3387. A complete list of the Reorganized Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), with each one's tax identification number, principal office address and former names and trade names, is available on the website of the Reorganized Debtors' noticing agent at www.veritaglobal.net/USS. The location of the principal place of business of United Site Services, Inc., and the Reorganized Debtors' service address for these Chapter 11 Cases is 2487 W Navigator Drive, 3rd Floor, Meridian, ID 83642.

# Exhibit A

**Exhibit A**
**OCP Notice Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to First Lien Ad Hoc Group | Akin Gump Strauss Hauer & Feld LLP | Daniel I. Fisher, Zach Wittenberg, Zachary D. Lanier, Amelia E. Danovitch | dfisher@akingump.com; zwittenberg@akingump.com; zlanier@akingump.com; adanovitch@akingump.com |
| Counsel to First Lien Ad Hoc Group | Akin Gump Strauss Hauer & Feld LLP | Scott L. Alberino | salberino@akingump.com |
| Counsel for Administrative Agent and Collateral Agent under the Amended First Lien Credit Agreement and the Intercompany Credit Agreement and Wilmington Savings Fund Society, FSB as DIP Agent | ArentFox Schiff LLP | Jeffrey R. Gleit and Matthew R. Bentley | jeffrey.gleit@afslaw.com; Matthew.Bentley@afslaw.com |
| Counsel to Wilmington Savings Fund Society, FSB as DIP Agent | ArentFox Schiff LLP | Justin A. Kesselman, Esq. | Justin.Kesselman@afslaw.com |
| Counsel for Administrative Agent and Collateral Agent under the Amended First Lien Credit Agreement and the Intercompany Credit Agreement, UMB Bank, N.A. | Benesch, Friedlander, Coplan & Aronoff LLP | Kevin M. Capuzzi | kcapuzzi@beneschlaw.com |
| Counsel for Administrative Agent and Collateral Agent under the Amended First Lien Credit Agreement and the Intercompany Credit Agreement, UMB Bank, N.A. | Benesch, Friedlander, Coplan & Aronoff LLP | Seth J. Kleinman and Robin Evans | skleinman@beneschlaw.com; revans@beneschlaw.com |
| Counsel for Administrative Agent and Collateral Agent under the First Out/Second Out Credit Agreement | Cahill Gordon & Reindel LLP | Joel Moss, Stuart Downing, Nikolas X. Rodriguez, Bruna Amaral, Emelen Leonard, Joshua C. Kauffman, Jordan Wishnew & Matthew Catone | JMoss@cahill.com; SDowning@cahill.com; NRodriguez@cahill.com; BAmaral@cahill.com; EHLeonard@cahill.com; JKauffman@cahill.com; jwishnew@cahill.com; mcatone@cahill.com |
| Co-counsel to Bank of America, N.A., as Prepetition ABL Agent and Prepetition First-Out/Second-Out Agent | Greenberg Traurig, LLP | Alan J. Brody | brodya@gtlaw.com |
| Co-counsel to Bank of America, N.A., as Prepetition ABL Agent and Prepetition First-Out/Second-Out Agent | Greenberg Traurig, LLP | T. Charlie Liu | charlie.liu@gtlaw.com |
| Counsel to BOKF, NA, as Proposed Successor Indenture Trustee | Kelley Drye & Warren LLP | James S. Carr, Kristin S. Elliott, & Philip A. Weintraub | kelliott@kelleydrye.com; pweintraub@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Samantha S. Lieb & Jeffrey M. Sponder | Samantha.Lieb2@usdoj.gov; jeffrey.m.sponder@usdoj.gov |
| Counsel to First Lien Ad Hoc Group | Pashman Stein Walder Hayden P.C. | John W. Weiss, Leah M. Eisenberg, David E. Sklar | jweiss@pashmanstein.com; leisenberg@pashmanstein.com; dsklar@pashmanstein.com |
| Counsel to Colorado County Groundwater Conservation District and Colorado County and Weimar Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Sergio E. Garcia | sgarcia@pbfcm.com |
| Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Floating Rate Senior Secured Notes due 2030 | Reed Smith LLP | Cameron A. Capp | ccapp@reedsmith.com |
| Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Floating Rate Senior Secured Notes due 2030 | Reed Smith LLP | Kurt F. Gwynne, Jason D. Angelo | kgwynne@reedsmith.com; jangelo@reedsmith.com |
| Counsel to CastleKnight Master Fund LP | Rolnick Kramer Sadighi LLP | Richard A. Bodnar, Nicole T. Castiglione | rbodnar@rksllp.com; ncastiglione@rksllp.com |

In re United Site Services, Inc. et al.,
Case No. 25-23630 (MBK)

Page 1 of 1

# Exhibit B

**Exhibit B**
**OCP Notice Parties Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Samantha S. Lieb & Jeffrey M. Sponder | One Newark Center | Suite 2100 | Newark | NJ | 07102 |