**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| *In re* | Case No. 25-23630 (MBK) |
| **UNITED SITE SERVICES, INC.** *et al.,* [1] | Chapter 11 |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Reorganized Debtors in the above-captioned case.

On March 31, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Monthly Operating Report for United Site Services, Inc. for the Period Ending March 2, 2026** [Docket No. 421]

- **Monthly Operating Report for Johnny on the Spot, LLC for the Period Ending March 2, 2026** [Docket No. 422]

- **Monthly Operating Report for Northeast Sanitation, Inc. for the Period Ending March 2, 2026** [Docket No. 423]

- **Monthly Operating Report for PECF USS Intermediate Holding II Corporation for the Period Ending March 2, 2026** [Docket No. 424]

- **Monthly Operating Report for PECF USS Intermediate Holding III, LLC for the Period Ending March 2, 2026** [Docket No. 425]

- **Monthly Operating Report for Portable Holding, LLC for the Period Ending March 2, 2026** [Docket No. 426]

- **Monthly Operating Report for Portable Intermediate Holding Corporation for the Period Ending March 2, 2026** [Docket No. 427]

---

[1] The last four digits of the tax identification number of United Site Services, Inc. are 3387. A complete list of the Reorganized Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), with each one's tax identification number, principal office address and former names and trade names, is available on the website of the Reorganized Debtors' noticing agent at www.veritaglobal.net/USS. The location of the principal place of business of United Site Services, Inc., and the Reorganized Debtors' service address for these Chapter 11 Cases is 2487 W Navigator Drive, 3rd Floor, Meridian, ID 83642.

- **Monthly Operating Report for Portable Intermediate Holding II Corporation for the Period Ending March 2, 2026** [Docket No. 428]

- **Monthly Operating Report for Russell Reid Waste Hauling and Disposal Service Co., Inc. for the Period Ending March 2, 2026** [Docket No. 429]

- **Monthly Operating Report for United Site National Services Company for the Period Ending March 2, 2026** [Docket No. 430]

- **Monthly Operating Report for United Site Services Northeast, Inc. for the Period Ending March 2, 2026** [Docket No. 431]

- **Monthly Operating Report for United Site Services of California, Inc. for the Period Ending March 2, 2026** [Docket No. 432]

- **Monthly Operating Report for United Site Services of Colorado, Inc. for the Period Ending March 2, 2026** [Docket No. 433]

- **Monthly Operating Report for United Site Services of Florida, LLC for the Period Ending March 2, 2026** [Docket No. 434]

- **Monthly Operating Report for United Site Services of Louisiana, Inc. for the Period Ending March 2, 2026** [Docket No. 435]

- **Monthly Operating Report for United Site Services of Maryland, Inc. for the Period Ending March 2, 2026** [Docket No. 436]

- **Monthly Operating Report for United Site Services of Mississippi, LLC for the Period Ending March 2, 2026** [Docket No. 437]

- **Monthly Operating Report for United Site Services of Nevada, Inc. for the Period Ending March 2, 2026** [Docket No. 438]

- **Monthly Operating Report for United Site Services of Texas, Inc. for the Period Ending March 2, 2026** [Docket No. 439]

- **Monthly Operating Report for USS Ultimate Holdings, Inc. for the Period Ending March 2, 2026** [Docket No. 440]

- **Monthly Operating Report for Vortex Holdco, LLC for the Period Ending March 2, 2026** [Docket No. 441]

*[Remainder of page intentionally left blank]*

-- 3 --

- **Monthly Operating Report for Vortex Opco, LLC for the Period Ending March 2, 2026** [Docket No. 442]

Dated: April 9, 2026

/s/ *Esmeralda Aguayo*
Esmeralda Aguayo
Verita
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**United States Trustee**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Samantha S. Lieb & Jeffrey M. Sponder | Samantha.Lieb2@usdoj.gov; jeffrey.m.sponder@usdoj.gov |