**MILBANK LLP**

Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
Matthew Brod (admitted *pro hac vice*)
Lauren C. Doyle (admitted *pro hac vice*)
Benjamin M. Schak (admitted *pro hac vice*)
55 Hudson Yards
New York, NY  10001
Telephone: 1 (212) 530-5000
DDunne@Milbank.com
SKhalil@Milbank.com
MBrod@Milbank.com
LDoyle@Milbank.com
BSchak@Milbank.com
*Co-Counsel to the Debtors*
*and Debtors in Possession*

**COLE SCHOTZ P.C.**

Michael D. Sirota
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, NJ  07601
Telephone: (201) 489-3000
MSirota@coleschotz.com
FYudkin@coleschotz.com
DHarris@coleschotz.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| *In re* | Case No. 25-23630 (MBK) |
| **UNITED SITE SERVICES, INC.** *et al.*,[1] | Chapter 11 |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATION OF NO OBJECTION TO FEBRUARY 1, 2026 THROUGH MARCH 3, 2026 MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.

MICHAEL D. SIROTA, of full age, hereby certifies as follows:

1.      I am an attorney-at-law of the State of New Jersey and a member of the firm of Cole Schotz P.C. ("**Cole Schotz**"), co-counsel for the within debtors and debtors-in-possession (the "**Debtors**").

2.      I submit this Certification pursuant to the January 29, 2026 *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and*

---

[1]    The last four digits of the tax identification number of United Site Services, Inc. are 3387. A complete list of the Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), with each one's tax identification number, principal office address and former names and trade names, is available on the website of the Debtors' noticing agent at www.veritaglobal.net/USS. The location of the principal place of business of United Site Services, Inc., and the Debtors' service address for these Chapter 11 Cases is 2487 W Navigator Drive, Suite 300, Meridian, ID 83642.

*Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 237]

(the "**Administrative Order**").

3.       The Administrative Order provides that each professional retained in this case pursuant to 11 U.S.C. § 327, and to the extent applicable, §§ 328(a) and 1103 (each a "**Professional**"), may file monthly fee statements on or before the twenty-fifth (25th) day of each calendar month seeking compensation for services rendered and reimbursement of expenses incurred during the immediately preceding month (each a "**Monthly Fee Statement**").

4.       Pursuant to the Administrative Order, an objection to a Monthly Fee Statement must be filed and served on the Professional applying for fees, as well as on certain other parties designated therein, not later than fourteen (14) days after service of said Monthly Fee Statement (the "**Objection Deadline**").   Upon the expiration of the Objection Deadline, a Professional applying for fees may file and serve a certification of no objection or a certification of partial objection with the Court, whichever is applicable, after which the Debtors are authorized to pay such Professional an amount equal to the lesser of:  (i) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement; or (ii) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to an objection.

5.       On March 25, 2026, Cole Schotz filed its Monthly Fee Statement for the period covering February 1, 2026 through March 3, 2026 [Docket No. 416] (the "**Monthly Fee Statement**").  Pursuant to the Administrative Order, objections to the Monthly Fee Statement were due by April 8, 2026.

6.       To the best of my knowledge, information and belief, no objections have been filed to the Monthly Fee Statement.

7.      Accordingly, the Debtors should be instructed to pay Cole Schotz eighty (80%) percent of the fees and one hundred (100%) percent of the expenses requested in the Monthly Fee Statement.

DATED:      April 10, 2026

                                    /s/ Michael D. Sirota
                                    MICHAEL D. SIROTA