**MILBANK LLP**

Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
Matthew Brod (admitted *pro hac vice*)
Lauren C. Doyle (admitted *pro hac vice*)
Benjamin M. Schak (admitted *pro hac vice*)
55 Hudson Yards
New York, NY  10001
Telephone: 1 (212) 530-5000
DDunne@Milbank.com
SKhalil@Milbank.com
MBrod@Milbank.com
LDoyle@Milbank.com
BSchak@Milbank.com
*Co-Counsel to the Debtors
and Debtors in Possession*

**COLE SCHOTZ P.C.**

Michael D. Sirota
Feliçe R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, NJ  07601
Telephone: (201) 489-3000
MSirota@coleschotz.com
FYudkin@coleschotz.com
DHarris@coleschotz.com

*Co-Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| *In re*<br><br>**UNITED SITE SERVICES, INC.** *et al.*,[1]<br><br>Reorganized Debtors. | Case No. 25-23630 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

**CERTIFICATION OF NO OBJECTION TO MONTHLY FEE
STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC**

The Court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the monthly fee statement of Alvarez & Marsal North America, LLC for the period from February 1, 2026 through March 3, 2026 [Docket No. 415] (the "**Monthly Fee Statement**"), filed on March 25, 2026, were to be filed and served not later than April 8, 2026.  I, Michael D. Sirota, certify that, as of April 13, 2026, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading

---

[1] The last four digits of the tax identification number of United Site Services, Inc. are 3387. A complete list of the Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), with each one's tax identification number, principal office address and former names and trade names, is available on the website of the Debtors' noticing agent at www.veritaglobal.net/USS. The location of the principal place of business of United Site Services, Inc., and the Debtors' service address for these Chapter 11 Cases is 2487 W Navigator Drive, Suite 300, Meridian, ID 83642.

to the above Monthly Fee Statement has been filed or raised informally. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this certification.

DATED:        April 13, 2026            /s/ Michael D. Sirota

Cole Schotz P.C.