**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re* | Case No. 25-23630 (MBK) |
| **UNITED SITE SERVICES, INC.** *et al.*,[1] | Chapter 11 |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Reorganized Debtors in the above-captioned case.

On April 10, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Certification of No Objection to Monthly Fee Statement of Milbank LLP** [Docket No. 450]

- **Certification of No Objection to February 1, 2026 Through March 3, 2026 Monthly Fee Statement of Cole Schotz P.C.** [Docket No. 451]

Dated: April 21, 2026

*/s/ Esmeralda Aguayo*
Esmeralda Aguayo
Verita
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The last four digits of the tax identification number of United Site Services, Inc. are 3387. A complete list of the Reorganized Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), with each one's tax identification number, principal office address and former names and trade names, is available on the website of the Reorganized Debtors' noticing agent at www.veritaglobal.net/USS. The location of the principal place of business of United Site Services, Inc., and the Reorganized Debtors' service address for these Chapter 11 Cases is 2487 W Navigator Drive, 3rd Floor, Meridian, ID 83642.

# Exhibit A

**Exhibit A**
**Fee Application Notice Parties**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to First Lien Ad Hoc Group | Akin Gump Strauss Hauer & Feld LLP | Daniel I. Fisher, Zach Wittenberg, Zachary D. Lanier, Amelia E. Danovitch | dfisher@akingump.com; zwittenberg@akingump.com; zlanier@akingump.com; adanovitch@akingump.com |
| Counsel to First Lien Ad Hoc Group | Akin Gump Strauss Hauer & Feld LLP | Scott L. Alberino | salberino@akingump.com |
| Counsel to First Lien Ad Hoc Group | Akin Gump Strauss Hauer & Feld LLP | Zach Lanier | zlanier@akingump.com |
| Counsel for Administrative Agent and Collateral Agent under the Amended First Lien Credit Agreement and the Intercompany Credit Agreement and Wilmington Savings Fund Society, FSB as DIP Agent | ArentFox Schiff LLP | Jeffrey R. Gleit and Matthew R. Bentley | jeffrey.gleit@afslaw.com; Matthew.Bentley@afslaw.com |
| Counsel to Wilmington Savings Fund Society, FSB as DIP Agent | ArentFox Schiff LLP | Justin A. Kesselman, Esq. | Justin.Kesselman@afslaw.com |
| Counsel for Administrative Agent and Collateral Agent under the Amended First Lien Credit Agreement and the Intercompany Credit Agreement, UMB Bank, N.A. | Benesch, Friedlander, Coplan & Aronoff LLP | Kevin M. Capuzzi | kcapuzzi@beneschlaw.com |
| Counsel for Administrative Agent and Collateral Agent under the Amended First Lien Credit Agreement and the Intercompany Credit Agreement, UMB Bank, N.A. | Benesch, Friedlander, Coplan & Aronoff LLP | Seth J. Kleinman and Robin Evans | skleinman@beneschlaw.com; revans@beneschlaw.com |
| Counsel for Administrative Agent and Collateral Agent under the First Out/Second Out Credit Agreement | Cahill Gordon & Reindel LLP | Joel Moss, Stuart Downing, Nikolas X. Rodriguez, Bruna Amaral, Emelen Leonard, Joshua C. Kauffman, Jordan Wishnew & Matthew Catone | JMoss@cahill.com; SDowning@cahill.com; NRodriguez@cahill.com; BAmaral@cahill.com; EHLeonard@cahill.com; JKauffman@cahill.com; jwishnew@cahill.com; mcatone@cahill.com |
| Counsel for the Debtors | Cole Schotz P.C. | Michael D. Sirota, Felice R. Yudkin, Daniel J. Harris | MSirota@ColeSchotz.com; FYudkin@coleschotz.com; DHarris@coleschotz.com |
| Co-counsel to Bank of America, N.A., as Prepetition ABL Agent and Prepetition First-Out/Second-Out Agent | Greenberg Traurig, LLP | Alan J. Brody | brodya@gtlaw.com |
| Co-counsel to Bank of America, N.A., as Prepetition ABL Agent and Prepetition First-Out/Second-Out Agent | Greenberg Traurig, LLP | T. Charlie Liu | charlie.liu@gtlaw.com |
| Counsel to BOKF, NA, as Proposed Successor Indenture Trustee | Kelley Drye & Warren LLP | James S. Carr, Kristin S. Elliott, & Philip A. Weintraub | kelliott@kelleydrye.com; pweintraub@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com |
| Counsel for the Debtors | Milbank LLP | Dennis F. Dunne, Samuel A. Khalil, Matthew Brod, Lauren C. Doyle, Benjamin M. Schak | DDunne@Milbank.com; SKhalil@Milbank.com; MBrod@Milbank.com; LDoyle@Milbank.com; BSchak@Milbank.com |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Samantha S. Lieb & Jeffrey M. Sponder | Samantha.Lieb2@usdoj.gov; jeffrey.m.sponder@usdoj.gov |
| Counsel to First Lien Ad Hoc Group | Pashman Stein Walder Hayden P.C. | John W. Weiss, Leah M. Eisenberg, David E. Sklar | jweiss@pashmanstein.com; leisenberg@pashmanstein.com; dsklar@pashmanstein.com |
| Counsel to CastleKnight Master Fund LP | Quinn Emanuel Urqhart & Sullivan, LLP | Benjamin Finestone, Daniel Holzman | benjaminfinestone@quinnemanuel.com; danielholzman@quinnemanuel.com |

**Exhibit A**
**Fee Application Notice Parties**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Floating Rate Senior Secured Notes due 2030 | Reed Smith LLP | Cameron A. Capp | ccapp@reedsmith.com |
| Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Floating Rate Senior Secured Notes due 2030 | Reed Smith LLP | Kurt F. Gwynne, Jason D. Angelo | kgwynne@reedsmith.com; jangelo@reedsmith.com |
| Counsel to CastleKnight Master Fund LP | Rolnick Kramer Sadighi LLP | Richard A. Bodnar, Nicole T. Castiglione | rbodnar@rksllp.com; ncastiglione@rksllp.com |

# Exhibit B

**Exhibit B**
**Fee Application Notice Parties**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Samantha S. Lieb & Jeffrey M. Sponder | One Newark Center | Suite 2100 | Newark | NJ | 07102 |
| Counsel to CastleKnight Master Fund LP | Quinn Emanuel Urqhart & Sullivan, LLP | Benjamin Finestone, Daniel Holzman | 295 5th Avenue, 9th Floor | | New York | NY | 10016 |
| Debtors | United Site Services, Inc. | Attn: John Hafferty, Chief Financial Officer | 2487 W Navigator Drive, 3rd Floor | | Meridian | ID | 83642 |