| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2 | |
| Mark F. Magnozzi, Esq.<br>**THE MAGNOZZI LAW FIRM, P.C.**<br>23 Green Street, Suite 302<br>Huntington, NY  11743<br>Telephone: (631) 923-2858<br>E-mail: mmagnozzi@magnozzilaw.com<br><br>Counsel for Creditor,<br>Oracle America, Inc. | |
| In re:<br><br>UNITED SITE SERVICES, INC., *et al.,*<br><br>     Debtors. | Chapter 11<br><br>Case No. 25-23630 (MBK)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Oracle America, Inc., successor in interest to NetSuite, Inc., ("Oracle") hereby withdraws, as satisfied, *Oracle America, Inc.'s Cure Objection and Reservation of Rights Regarding Debtors' Second Amended Joint PrePackaged Plan of Reorganization of United Site Services, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* filed on or about March 23, 2026 as Docket Number 410.

Dated: May 22, 2026

*Mark Magnozzi*

Mark F. Magnozzi, Esq.
**THE MAGNOZZI LAW FIRM, P.C.**
23 Green Street, Suite 302
Huntington, NY  11743
Telephone: (631) 923-2858
E-mail: mmagnozzi@magnozzilaw.com

Local Counsel for Oracle


Shawn M. Christianson, Esq.
**BUCHALTER LLP**
425 Market Street, Suite 2900
San Francisco, California 94105
Telephone:  (415) 227-0900
E-mail: schristianson@buchalter.com

Alice Miller, Esq.
**ORACLE AMERICA, INC.**
500 Oracle Parkway
Redwood City, California  94065
Telephone:  (650) 506-5200
Facsimile:  (650) 506-7114

Attorneys for Oracle